UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN ROBERT DEMOS, JR.,

                Petitioner,

    v.

ROBERT JACKSON,

                Respondent.

CASE NO. 2:26-CV-1821-TMC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation.

(2)    As Petitioner has submitted no filing fee, pursuant to the Court's Order of March 13, 1997, the Clerk is directed to administratively close this matter.

(3)    A certificate of appealability is denied in this case.

(4)    The Clerk is directed to send copies of this Order to Petitioner and to the Hon. David W. Christel.

**DATED** this 6th day of July, 2026.

                                       _____

                                       TIFFANY M. CARTWRIGHT
                                       United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1